IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. CR-07-152-L |
| | ) | |
| TIMOTHY LYLE SALLEE, | ) | |
| | ) | |
| Defendant. | ) | |

## **J U D G M E N T**

Pursuant to the Order issued this date, the indictment returned on June 20, 2007 is dismissed.

Entered this 13th day of August, 2007.

*/s/ Tim Leonard*
TIM LEONARD
United States District Judge